[No. 31632-0-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
EUGENE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04316-1, Robert S. Lasnik, J., entered October 20, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30203-5-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REX
CHARLES THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03446-6, Sharon S. Armstrong, J., entered
February 6, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33123-0-I.    Division One.    December 27, 1994.]

PATRICIA VODOPEST, *Appellant*, v. ROSEMARY
MACGREGOR, *Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 91-2-11608-3, Ann Schindler, J., entered May 28
and July 20, 1993. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Scholfield, J., Becker, J., dissenting.

[No. 31263-4-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN P.
VANWETTER, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 91-1-00125-2, Alan R. Hancock, J., entered July
21, 1992. *Dismissed* by unpublished per curiam opinion.